THE STATE, EX REL. WEST, APPELLANT, *v.*
PRICE, JUDGE, APPELLEE.

[Cite as State, ex rel. West, v. Price (1980),
62 Ohio St. 2d 143.]

(No. 79-1493—Decided May 7, 1980.)

144

*Messrs. Hershey & Browne* and *Mr. John L. Wolfe,* for appellant.

*Buckingham, Doolittle & Burroughs Co., L.P.A., Mr. John M. Glenn* and *Mr. Robert M. Gippin,* for appellee.

*Per Curiam.* The orders denying the motions to compel discovery are subject to review on an appeal from the final judgment of the trial court. Mandamus is not a substitute for appeal. *State, ex rel. Marshall,* v. *Keller* (1968), 15 Ohio St. 2d 203, 205.

The judgment of the Court of Appeals is, therefore, affirmed.

*Judgment affirmed.*

CELEBREZZE, C. J., HERBERT, W. BROWN, P. BROWN, SWEENEY, LOCHER and HOLMES, JJ., concur.